MARRERO, PETICIONARIO Y APELANTE, *v.* BRYAN, JUEZ MUNICIPAL, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en causa sobre *certiorari.*

No. 1821.—Resuelto en junio 21, 1918.

CERTIORARI—CORRECCIÓN DE PROCEDIMIENTOS EN UNA CORTE INFERIOR.—Cuando el auto de *certiorari* se usa para corregir los procedimientos de una corte inferior, no es de procedencia obligatoria (*writ of right*), sino que debe expedirse sólo cuando se demuestra a la corte una causa especial para ello, y la corte está investida de discreción judicial para concederlo o rehusarlo, según lo requiera la petición en cada caso.

PERJUICIOS AL APELANTE—CUÁNDO PODRÁN HACERSE LAS ALEGACIONES.—No se causan perjuicios a la parte apelante en el presente caso con la resolución desestimando la solicitud de *certiorari,* ya que el demandado al comparecer a mostrar causa por la cual no deba ser castigado por desacato, puede alegar las mismas razones que ha alegado y las demás que estime convenientes para sostener la nulidad del procedimiento.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Angel A. Vázquez.*

Abogado del apelado: *Sr. José Sabater.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Con fecha 9 de enero del corriente año, 1918, Lorenzo Carreras solicitó de la Corte Municipal de Mayagüez que de acuerdo con la Ley de Préstamos Agrícolas aprobada el 10 de marzo de 1904, ordenara que por el márshal de dicha corte fuera requerido Saturnino Marrero para que pagara un préstamo de $400 contraído por documento que suscribió ante el juez de la propia corte en 23 de febrero de 1916, a vencer en 30 de diciembre de 1917, con los gastos del procedimiento, o entregara cuarenta quintales de café puestos en garantía para ser vendidos de acuerdo con la Ley citada, compareciendo en caso contrario ante la corte a responder de desacato.

En la solicitud alega Lorenzo Carreras que el título del préstamo tiene el No. 86 del libro registro de la corte de

préstamos agrícolas y fué acompañado a la demanda civil que presentó el peticionario contra el demandado para el cobro del préstamo y para obtener embargo contra bienes del demandado en el caso civil No. 2684.

La Corte Municipal de Mayagüez accedió a la petición de Carreras ordenando se librara mandamiento al márshal para que el demandado entregara la suma reclamada o el fruto en depósito puesto en garantía, y habiendo contestado Marrero que no tenía ni el dinero ni el café puesto en garantía, solicitó Carreras de la corte municipal señalara día y hora para que compareciera el demandado a mostrar causa por qué no debiera ser condenado por desacato de acuerdo con la Ley de Préstamos Agrícolas, habiendo señalado la corte a ese fin el día 31 de enero de 1918, en cuyo día el demandado Marrero presentó moción para que se declarara la nulidad de todos los procedimientos habidos en el caso y se ordenara el archivo de las diligencias, porque del escrito inicial no aparecía que el demandante hubiera dado al demandado cantidad alguna en préstamo y por no haberse acompañado el título del préstamo reclamado, requisito indispensable para la validez del procedimiento.

La corte municipal después de oir a las partes declaró sin lugar la nulidad pretendida y señaló el día 9 de febrero siguiente para que el demandado compareciera a mostrar causa por qué no debiera ser condenado por desacato.

Con motivo de los procedimientos relatados Saturnino Marrero acudió a la Corte de Distrito de Mayagüez en solicitud de un auto de *certiorari* que fué expedido en 7 de febrero, ordenando al juez de la corte municipal remitiera los autos originales con el fin de revisarlos y resolver si los procedimientos estaban o no ajustados a derecho.

La vista del recurso de *certiorari* tuvo lugar en 15 de febrero y la corte de distrito después de oir los argumentos orales de las partes y de examinar el récord original remi-

tido desestimó por orden de 15 de febrero la solicitud de *certiorari* contra cuya orden ha interpuesto Marrero recurso de apelación para ante esta Corte Suprema.

Fúndase principalmente el recurso en que la Corte de Distrito de Mayagüez no pudo tomar conocimiento judicial del récord en que Lorenzo Carreras afirmaba obrar el título del préstamo y en que ese título debió acompañarse necesariamente con la demanda inicial del procedimiento según precepto terminante de la sección 6ª. de la Ley sobre Préstamos Agrícolas de 10 de marzo, 1904.

Consideramos innecesario examinar los motivos del recurso pues sea cual fuere el valor legal de los mismos opinamos que no debemos ir contra la resolución apelada. Cuando el auto de *certiorari* se usa para corregir los procedimientos de una corte inferior, no es de procedencia obligatoria (*writ of right*), sino que debe expedirse sólo cuando se demuestra a la corte una causa especial para ello, y la corte está investida de discreción judicial para concederlo o rehusarlo según lo requiera la justicia en cada caso. *Espada v. Sepúlveda, Juez de Distrito* y *Hernández v. Hutchison, Juez de Distrito*, 20 D. P. R. 134, 517.

No vemos que se haya causado ningún perjuicio a la parte apelante con la resolución desestimando la solicitud de *certiorari* pues el demandado al comparecer a mostrar causa por la cual no deba ser castigado por desacato puede alegar las mismas razones que ha alegado, y las demás que tenga por convenientes para sostener la nulidad del procedimiento.

Es de confirmarse la orden apelada.

*Confirmada la orden apelada.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.